UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-126-FDW

| ALLEN LITTLEJOHN, III, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| LARRY JONES, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on consideration of Plaintiff's motion to amend or correct his complaint which he filed *pro se* pursuant to 42 U.S.C. § 1983. Plaintiff may amend his complaint as a matter of right prior to service on any named defendant. See Fed. R. Civ. P. 15(a). Accordingly, as service has not been ordered in this case, Plaintiff may file an amended complaint in this matter and may have 14-days from entry of this Order to do so. Plaintiff is notified that an amended complaint supersedes and replaces his original complaint; therefore he must include all allegations that he wishes to present in his amended complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion to file an amended complaint is **GRANTED**, (Doc. No. 37), and Plaintiff may file his amended complaint within 14-days from entry of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's motion for physical examination is **DENIED** without prejudice. (Doc. No. 53).

Signed: March 12, 2015

Frank D. Whitney
Chief United States District Judge