# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Allen Littlejohn III, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:13-cv-00126-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Larry Jones, Dr., | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2016 Order.

August 19, 2016

_____
Frank G. Johns, Clerk
United States District Court